# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SUNTRUST BANK,**

        **Plaintiff,**

-vs-                                        **Case No. 6:09-cv-1405-Orl-28GJK**

**WILLIAM F. PARK,**

        **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion for Final Default Judgment (Doc. No. 9) filed September 8, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 24, 2009 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Final Default Judgment is **GRANTED**. The Clerk is directed to enter Judgment in accordance with the terms of this Order on December 30, 2009.

    3.    Plaintiff is awarded the total principal balance of $500,000.00.

4. Plaintiff is awarded interest in the amount of 3.25 % (percent) per annum from September 30, 2008, through the date of judgment (December 30, 2009) on the principal balance of $500,000.00 for a total of $20,301.32.

5. Plaintiff is awarded post-judgment interest at the rate allowed by law.

6. After entry of Judgment, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __30__ day of December, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party